

# Fourth Court of Appeals
## San Antonio, Texas

April 2, 2018

No. 04-18-00141-CV

**IN THE INTEREST OF J.A. D. L., JR., ET AL CHILDREN**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-02348
Honorable Richard Garcia, Judge Presiding

## O R D E R

On March 2, 2018, the trial court signed an order terminating Dad's parental rights to his child and Mom's parental rights to her children. Within three business days, Dad timely filed a request for a de novo hearing before the referring court. *See* TEX. FAM. CODE ANN. § 201.015 (West Supp. 2018); *In re J.A.P. & B.A.R.*, 510 S.W.3d 722, 724 (Tex. App.—San Antonio 2016, no pet.). Two days later, Mom filed a notice of appeal.

The record does not indicate that Dad waived his right to a de novo hearing. *See* TEX. FAM. CODE ANN. § 201.015(g). Thus, when Dad timely filed a request for a de novo hearing, the trial court was required by statute to hold a hearing. *See id.* § 201.015(f); *J.A.P.*, 510 S.W.3d at 724. Therefore, the March 2, 2018 order is not a final, appealable order.

We ORDER Appellant Mom to show cause in writing within TEN DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a). If Appellant does not timely file written proof as ordered, this appeal will be dismissed. *See id.*

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of April, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court